## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   
    LEE HOZEY

Debtor(s)

Case No. 08-24056

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/11/2008.

2) The plan was confirmed on 12/19/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 09/18/2009.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 07/02/2009.

5) The case was dismissed on 10/30/2009.

6) Number of months from filing to last payment: 9.

7) Number of months case was pending: 16.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $36,800.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $8,546.16 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $8,546.16

### Expenses of Administration:

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $0.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $452.94 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** **$452.94**

Attorney fees paid and disclosed by debtor:   $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ACS PRIMARY CARE PHYSICIAN | Unsecured | 8.20 | NA | NA | 0.00 | 0.00 |
| BLUEGREEN CORPORATION | Unsecured | 126.00 | NA | NA | 0.00 | 0.00 |
| CB ACCOUNTS | Unsecured | 150.00 | NA | NA | 0.00 | 0.00 |
| CCA | Unsecured | 474.99 | NA | NA | 0.00 | 0.00 |
| CHASE HOME FINANCE | Secured | NA | 5,878.87 | 5,878.87 | 5,878.87 | 0.00 |
| CHASE HOME FINANCE | Secured | 11,469.20 | 0.00 | 0.00 | 0.00 | 0.00 |
| CHICAGO INSTITUTE NEUROSURGER | Unsecured | 695.79 | NA | NA | 0.00 | 0.00 |
| CHICAGO LAKESHORE MED ASSOC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CHICAGO TEL | Unsecured | 148.40 | NA | NA | 0.00 | 0.00 |
| CHILDRENS BOOK CLUB | Unsecured | 69.47 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEDICAL GROUP | Unsecured | 20.90 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 523.74 | NA | NA | 0.00 | 0.00 |
| CHILDRENS MEMORIAL HOSPITAL | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 658.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION | Unsecured | 475.00 | NA | NA | 0.00 | 0.00 |
| COLLECTION SERVICES CENTER | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| CONSOLIDATED PATHOLOGIC CONS | Unsecured | 9.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 618.26 | NA | NA | 0.00 | 0.00 |
| DEPENDON COLLECTION SERVICE | Unsecured | 277.00 | NA | NA | 0.00 | 0.00 |
| DIAGNOSTIC IMAGING ASSOC | Unsecured | 20.10 | NA | NA | 0.00 | 0.00 |
| FIA CARD SERVICES | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| IBRAHIM MD SC | Unsecured | 258.90 | NA | NA | 0.00 | 0.00 |
| ICS INC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS COLLECTION SERVICES | Unsecured | 316.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS STUDENT ASSIST COMM | Unsecured | 8,239.00 | NA | NA | 0.00 | 0.00 |
| INNOVATIVE RESOURCE MANAGEM | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST EMERGENCY PHYS | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| LAKE FOREST HOSPITAL | Unsecured | 370.00 | NA | NA | 0.00 | 0.00 |
| LINCOLN PARK ANESTHESIOLOGIST | Unsecured | 118.80 | NA | NA | 0.00 | 0.00 |
| LOYOLA HOSPITAL | Unsecured | 1,327.60 | NA | NA | 0.00 | 0.00 |
| MCS | Unsecured | 123.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| MEDICAL BUSINESS BUREAU | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| NEURO & ORTHO INST OF CHICAGO | Unsecured | 725.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 2,700.00 | 2,630.34 | 2,630.34 | 0.00 | 0.00 |
| NORTHEAST RADIOLOGY | Unsecured | 46.00 | NA | NA | 0.00 | 0.00 |
| NORTHWEST ORTHOPAEDICS ASSOC | Unsecured | 10.00 | NA | NA | 0.00 | 0.00 |
| PATHOLOGY CHP SC | Unsecured | 16.20 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 232.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 228.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 217.47 | 228.27 | 228.27 | 0.00 | 0.00 |
| PRIMESTAR BY DIRECT TV | Unsecured | 170.00 | NA | NA | 0.00 | 0.00 |
| REAL TIME RESOLUTIONS | Secured | NA | 2,214.35 | 2,214.35 | 2,214.35 | 0.00 |
| REAL TIME RESOLUTIONS | Secured | 4,081.22 | 0.00 | 0.00 | 0.00 | 0.00 |
| RESURRECTION HEALTHCARE | Unsecured | 1,560.00 | NA | NA | 0.00 | 0.00 |
| RIVER FOREST MEDICAL CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| RMCB COLLECTION AGENCY | Unsecured | 39.18 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 2,667.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SERVICES | Unsecured | 1,750.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Unsecured | 565.71 | NA | NA | 0.00 | 0.00 |
| SUPERIOR AMBULANCE | Unsecured | 933.04 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 941.00 | NA | NA | 0.00 | 0.00 |
| SWEDISH COVENANT HOSPITAL | Unsecured | 325.00 | NA | NA | 0.00 | 0.00 |
| THE PEDIATRIC FACULITY INC | Unsecured | 20.00 | NA | NA | 0.00 | 0.00 |
| TIDEWATER FINANCE COMPANY | Unsecured | 4,869.00 | 5,737.65 | 5,737.65 | 0.00 | 0.00 |
| TRANSWORLD SYSTEMS INC | Unsecured | 618.39 | NA | NA | 0.00 | 0.00 |
| UNITED COLLECTION BUREAU | Unsecured | 569.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO PHYS GRP | Unsecured | 42.00 | NA | NA | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 46,913.00 | 51,812.08 | 51,812.08 | 0.00 | 0.00 |
| VILLAGE RADIOLOGY LTD | Unsecured | 22.00 | NA | NA | 0.00 | 0.00 |
| WACHOVIA EDUCATION | Unsecured | 51,110.00 | NA | NA | 0.00 | 0.00 |
| WEISS MEMORIAL HOSPITAL | Unsecured | 259.25 | NA | NA | 0.00 | 0.00 |
| WEST SUBURBAN HEALTH CARE | Unsecured | 604.00 | NA | NA | 0.00 | 0.00 |
| YOUHANA YOUSEFI MD | Unsecured | 1,619.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $8,093.22 | $8,093.22 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$8,093.22** | **$8,093.22** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$60,408.34** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $452.94 |
| Disbursements to Creditors | $8,093.22 |
| **TOTAL DISBURSEMENTS :** | **$8,546.16** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 01/14/2010              By: /s/ Glenn Stearns
                                    Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**